

**ORIGINAL**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - v -

DORON WINKLER,
    a/k/a "Dino,"

           Defendant.

- - - - - - - - - - - - - - - - x

NOTICE OF INTENT TO
FILE AN INFORMATION

**08 CRIM 358**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           March 26, 2008

MICHAEL J. GARCIA
United States Attorney

By: _____
    Elie Honig
    Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    David Goldstein, Esq.
    Attorney for Doron Winkler

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-27-08

3/27/08 WHEEL A

TOTAL P.002